**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **BRANDON LEWIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CAROLYN COLVIN, Acting** | ) | Case No. 13-CV-308-JHP-KEW |
| **Commissioner of Social Security** | ) | |
| **Administration** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER AFFIRMING AND ADOPTING THE REPORT AND**
**RECOMMENDATION OF THE UNITED STATES**
**MAGISTRATE JUDGE**

On September 15, 2014, the United States Magistrate Judge entered a Report and

Recommendation in regard to Plaintiff's request for judicial review of the decision of the

Commissioner of the Social Security Administration. The Magistrate Judge recommended that

the decision of the Administrative Law Judge be reversed and the case be remanded to the

Administrative Law Judge for further proceedings. The Commissioner has not filed an objection

to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28

U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

This Court finds that the Report and Recommendation of the Magistrate Judge is

supported by the record. Therefore, upon full consideration of the entire record and the issues

presented herein, the Court finds and orders that the Report and Recommendation entered by the

United States Magistrate Judge on September 15, 2014, be **AFFIRMED** and **ADOPTED** by this

Court as its Findings and Order.

IT IS SO ORDERED this 30th day of September, 2014.

James H. Payne
United States District Judge
Eastern District of Oklahoma